UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH CAMPBELL,

                       Petitioner,

    -against-

WARREN BARKLEY, Warden, Cape Vincent
Correctional Facility,

                       Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4169 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 2 0 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 18, 2005, denying petitioner's petition for a writ of habeas corpus; ordering that a Certificate of Appealability will not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; that a Certificate of Appealability will not issue; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
       July 19, 2005

                                                         ROBERT C. HEINEMANN
                                                         Clerk of Court